IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LATARA WYNN,                      )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )      2:11cv471-MHT
                                  )         (WO)
WELLS FARGO BANK f/k/a            )
Wachovia Bank, a foreign          )
corporation, et al.,              )
                                  )
    Defendants.                   )
```

## JUDGMENT

It is ORDERED that the motions to dismiss (doc. no. 11, 12, & 13) are granted and that defendants Wells Fargo Bank, Security Finance, and Equifax Information Services, LLC are dismissed with prejudice, with the parties to bear their own costs, attorney's fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is terminated as to these defendants.

DONE, this the 15th day of July, 2011.

                                            <u>/s/ Myron H. Thompson</u>
                                           **UNITED STATES DISTRICT JUDGE**