```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LATARA WYNN,                    )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )         2:11cv471-MHT
                                )             (WO)
FARMERS FURNITURE COMPANY       )
OF ALABAMA, INC., a foreign     )
corporation, HOMETOWN           )
CREDIT CORPORATION, a           )
domestic corporation,           )
                                )
    Defendants.                 )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 28) is granted and that defendant Hometown Credit Corporation and the claims against it are dismissed with prejudice, with the parties to bear their own cost, attorney's fees, and expenses.

The court assumes that defendant Hometown Credit Corporation has no objection to the allowance of the dismissal; however, if it does, it must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant Hometown Credit Corporation is terminated as a party.

This case still remains pending as to defendant Farmers Furniture Company of Alabama, Inc.

DONE, this the 9th day of August, 2011.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**