UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LATARA WYNN,** Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:11-CV-471 |
| **WELLS FARGO BANK f/k/a WACHOVIA BANK,** a foreign corporation, *et al.,* Defendants. | ) ) ) ) ) ) |

### NOTICE OF SETTLEMENT WITH FARMERS FURNITURE

**COMES NOW** the Plaintiff, by and through undersigned counsel and files this Notice of Settlement with Farmers Furniture to this Honorable Court. This notice of Settlement with Farmers Furniture will be followed by a Voluntary Dismissal once the Settlement Agreement has been signed by both parties.

**RESPECTFULLY SUBMITTED** this the 16th day of September, 2011.

/s/   Bradford  J  Griffin
Bradford J. Griffin (GRI083)
*Attorney for Plaintiff*
**VICKERS & WHITE, PLLC**
428 South Lawrence Street
Montgomery, AL 36104
Telephone: (334) 269-1192
Facsimile: (334) 239-7408
bgriffin@vickersandwhitelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

S. Anthony Higgins
Floyd R. Gilliland, Jr.
*HOLTSFORD GILLILAND HIGGINS HITSON & HOWARD, P.C.*
P.O. Box 4128
Montgomery, Alabama 36103

Hometown Credit
c/o Becky T. Prescott
199 Southland Village #F
Troy, Alabama 36079

*/s/ Bradford J. Griffin*
Bradford J. Griffin
